# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL, 1, 2015

## NO. 03-14-00071-CV

### Austin Independent School District, Appellant

### v.

### Andrew Lofters, Appellee

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the interlocutory order signed by the trial court on January 21, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's order denying Austin Independent School District's plea to the jurisdiction and renders judgment dismissing Andrew Lofters's claims for lack of jurisdiction. Lofters shall pay all costs relating to this appeal, both in this Court and the court below.